# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

A-1 CONTRACTORS OF
LOUISIANA, INC.

VERSUS

SPINKS CONSTRUCTION, INC.
AND TRAVELERS CASUALITY AND
SURETY COMPANY OF AMERICA

NO.   2026 CW 0021

**MARCH 19, 2026**

---

In Re:    Spinks Construction, Inc., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 550857.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

                          **MRT**
                          **KEB**
                          **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.